United States District Court
Southern District of Texas
FILED

OCT 2 4 2005

Michael N. Milby, Clerk

United States District Court
Southern District of Texas
ENTERED

OCT 2 7 2005

Michael N. Milby, Clerk
Laredo Division

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CASE NO. L-05-CR-1995 |
| | § | |
| Felix Maldonado | § | |

## ORDER

No objection has been received to the Report and Recommendation filed by Magistrate Judge Arce-Flores on October 11, 2005, and the Court finds and holds that it should be adopted.

IT IS SO ORDERED.

SIGNED this 24 day of October, 2005.

MICAELA ALVAREZ
UNITED STATES DISTRICT JUDGE